UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-6602-DMG (KKx) | Date | August 27, 2021 |
| Title | *Leonard J. Leum v. Michael Evan Horowitz* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 16, 2021, Plaintiff Leonard J. Leum filed a Complaint against Defendant Michael Evan Horowitz, the Inspector General of the Federal Bureau of Investigation. Compl. [Doc. # 1].

Plaintiff's cause of action is not clear, nor is the basis for this Court's subject matter jurisdiction. Plaintiff's Complaint includes a citation to 29 C.F.R. section 1980.114 and states that every district court has a "moral obligation" to "redress retaliation." The regulation Plaintiff cites, however, provides for jurisdiction in the district courts when an employee who has filed a retaliation complaint under the Sarbanes-Oxley Act has not received a final decision on the complaint within a prescribed time. *See* 29 C.F.R. § 1980.114. Plaintiff's complaint does not appear to allege facts that would bring him within the scope of this regulation.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of subject matter jurisdiction. He shall file his response by no later than **September 10, 2021.** Failure to file a timely and satisfactory response will result in the dismissal of this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**